# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VINCENT ROGGIO** | * | |
| **Plaintiff** | * | |
| v. | * | Case No. 09-cv-01733-TJK |
| **FEDERAL DEPOSIT INSURANCE CORPORATION,** | * | |
| as Receiver for Washington Mutual Bank | * | |
| | * | |
| **Defendant** | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (the "FDIC-Receiver), by counsel, submits this Notice to inform the Court of the recent decision of the United States District Court for the District of Columbia in *Adams v. FDIC*, No. 16-1977, 2018 U.S. Dist. LEXIS 168143 (D.D.C. Sept. 28, 2018). The decision is relevant to Section I of the Argument in the FDIC-Receiver's Memorandum of Law in Support of Defendant's Motion to Dismiss Amended Complaint. (ECF No. 62-1.)

                      /s/
John B. Isbister (D.C. Bar No. 277418)
jisbister@tydingslaw.com
Jaime W. Luse (D.C. Bar No. 501944)
jluse@tydingslaw.com
Marissa K. Lilja (D.C. Bar No. 1024534)
mlilja@tydingslaw.com
Tydings & Rosenberg LLP
One East Pratt Street, Ste. 901
Baltimore, MD 21202
Tel.: 410.752.9700

*Attorneys for Defendant*
*Federal Deposit Insurance Corporation,*
*as Receiver for Washington Mutual Bank*

Of Counsel:
B. Amon James, Senior Counsel (D.C. Bar No. 433919)
bajames@fdic.gov
Susan Kantor Bank, Counsel (D.C. Bar No. 363769)
sbank@fdic.gov
Legal Division
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, VA 22226
Tel.: 703. 562.2389
Fax: 703.562.2475

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October 2018, a copy of the foregoing Notice of Supplemental Authority was served by electronic and first class mail, postage prepaid and electronic mail on:

>Vincent Roggio
>140 Rumson Road
>Rumson, NJ 07760
>*Plaintiff*

>/s/
>Jaime W. Luse, D.C. Bar No. 501944

#3156683v.1